UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GEORGE JAMES TURNER,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 8:23-cv-00077-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS UNDER 28 U.S.C. § 1920 |

Based upon the parties' Stipulation (Dkt. 21), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $6,000.00 under 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: May 30, 2023

                                                    JOHN D. EARLY<br>
                                                    United States Magistrate Judge